FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 12 2015 ★
BROOKLYN OFFICE

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

| | |
|---|---|
| THE BORLAND LAW FIRM, LLC, et al., ) <br> *Plaintiff* ) <br> v. ) <br> REVAZ CHACHANASHVILI LAW GROUP, et al., ) <br> *Defendant* ) | **MISC 15 - 2217** <br><br> Civil Action No. 1:14-cv-00678-RWS |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___04/21/2014___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 9/17/2015

**JAMES N. HATTEN**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 12 2015 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| THE BORLAND LAW FIRM, LLC, et al., | **MISC 15 - 2217** |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:14-cv-678-RWS |
| REVAZ CHACHANASHVILI LAW GROUP, PLLC, et al., | |
| Defendants. | |

### DEFAULT JUDGMENT

The defendants, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Richard W. Story, United States District Judge, by order entered April 21, 2014, having directed that judgment issue in favor of plaintiffs and against the defendants, it is hereby

ORDERED AND ADJUDGED judgment is entered in favor of plaintiffs and against defendants, jointly and severally, in the amount of $5,325.00 and costs of $494.00.

Dated at Atlanta, Georgia this 21st day of April, 2014.

JAMES N. HATTEN
CLERK OF COURT

By: s/ Denise D.M. McGoldrick
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  April 21, 2014
James N. Hatten
Clerk of Court

By: s/ Denise D.M. McGoldrick
    Deputy Clerk

**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: _April 21, 2014_
By: _Annie Pewell, Deputy Clerk_
James N. Hatten, Clerk of Court
SEP 16 2015

# *Fabiano* LAW, PC
ATTORNEYS AND COUNSELORS AT LAW

**MISC 15 - 2217**

October 23, 2015

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 12 2015 ★

**BROOKLYN OFFICE**

Re: Domestication of Foreign Judgment
THE BORLAND LAW FIRM, LLC and BRETT BORLAND
v.
REVAZ CHACHANSHVILI LAW GROUP, PLLC a/k/a a/k/a RC LAW GROUP, PLLC and YAAKOV SHOTKIN
US District Court Northern District of Georgia
Case #: 1:14-cv-00678-RWS

Dear Chief Clerk:

Our office represents the plaintiffs, "The Borland Law Firm, LLC and Brett Borland" with regards to the above matter.

Enclosed please find the following:

1. Clerk's Certification of a Judgment to be Registered in Another District (ND of Georgia)
2. Certified Copy of the Foreign Judgment
3. Firm's Check in the sum of $57.00

The address for defendant Revaz Chachanshvili Law Group, PLLC a/k/a RC Law Group, PLLC is:
   108-17 72nd Avenue, Suite 2E
   Forest Hills, New York 11365

The address for defendant Yaakov Shotkin is:
   137-44 75th Road
   Queens, New York 11367

4653094948

-1-

I have also included a self addressed stamped envelope for you convenience in returning a conformed certified filed copy of same to our office.

Thank you for your courtesies and attention to this matter.

                                              Very truly yours,
                                              Fabiano Law, PC

                                              Francesco Fabiano, Esq.

FF/
Enclosure(s)

- 1 -

MAILING ADDRESS: PO BOX 2025 • SYRACUSE • NY • 13220
PHONE: 315-333-2409
ffabiano@fabianolaw.com